**Kelvin E. PURNELL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 104447**

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE.**

Filed: March 14, 2017

Gwenda Renee Robinson, for Appellant

Chris Koster, Attorney General, for Respondent

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

### ORDER

PER CURIAM.

Kelvin E. Purnell appeals the judgment denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).